**152**

Daniel WYATT, Petitioner-Appellant,

v.

IMMIGRATION AND NATURALIZA-
TION SERVICE, Respondent-
Appellee.

No. 30383

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 22, 1971.

Ben G. Levy, Houston, Tex., for peti-
tioner-appellant.

John N. Mitchell, Atty. Gen., of the U.
S., U. S. Dept. of Justice, Washington,
D. C., Anthony J. P. Farris, U. S. Atty.,
Ronald J. Waska, James Gough, Asst. U.
S. Attys., Houston, Tex., for respondent-
appellee.

Before WISDOM, COLEMAN and
SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; See Isbell Enterprises,
Inc. v. Citizens Casualty Company of
New York et al., 5 Cir. 1970, 431 F.2d
409, Part I.

1. See NLRB v. Amalgamated Clothing
Workers of America, 5 Cir. 1970, 430 F.
2d 966.

Lonnie Cecil LAMBETH, Plaintiff-
Appellant,

v.

FORD MOTOR COMPANY, Defendant-
Appellee.

No. 29490

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 1971.

Henry Stollenwerck, Dallas, Tex., for
plaintiff-appellant.

David S. Kidder, C. Robert Rainwater,
Thompson, Knight, Simmons & Bullion,
Dallas, Tex., for defendant-appellee.

Before THORNBERRY, MORGAN
and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5th Cir.; see Isbell Enterprises
v. Citizens Casualty Co. of N. Y., 431
F.2d 409, Part I (5th Cir. 1970).

1. See N.L.R.B. v. Amalgamated Clothing
Workers of America, 430 F.2d 966 (5th
Cir. 1970).